Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA  90067
Telephone:      (310) 598-4150
Facsimile:      (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Michael Zorkin (Bar No. CA 313308)
**THE ZORKIN FIRM**
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Phone: 323.493.8075
Fax: 323.872.5251
mz@thezorkinfirm.com

Counsel For Debtor Aleksandr Vitalievich Sabadash

**FILED & ENTERED**

**FEB 27 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Aleksandr Vitalievich Sabadash,<br><br>      Debtor. | Chapter 15<br>Case No. 23-bk-15574-NB<br><br>**ORDER CONTINUING HEARING ON PETITION FOR RECOGNITION OF FOREIGN PROCEEDING AND BRIEFING SCHEDULE**<br><br>**Hearing Date**<br>Date:   February 20, 2024<br>Time:  2:00 p.m.<br><br>**Continued Hearing Date:**<br>Date:  March 12, 2024<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>         255 E Temple Street<br>         Los Angeles, California 90012<br>(or via ZoomGov per posted procedures) |

This written order memorializes and augments this Court's oral rulings at the above-captioned prior Hearing Date.  The Court, having issued its Memorandum Decision Granting Petition for Recognition of Foreign Proceeding entered on February 20, 2024 (dkt. 67, the "Memorandum Decision"); having heard and considered arguments of counsel for Mr. Aleksandr Vitalievich Sabadash ("Mr. Sabadash") and Mr. Alexander Ivanovich Gavva ("Mr. Gavva") on the Application for Recognition of Foreign Main Proceeding, or in the Alternative, for Recognition of Foreign Nonmain Proceeding and Certain Related Relief (the "Recognition Petition") filed by Mr. Gavva, at the continued hearing on February 20, 2024, at 2:00 p.m. (the "Recognition Hearing"); having treated the arguments of counsel for Mr. Sabadash as an oral motion to reconsider the Memorandum Decision (the "Motion to Reconsider"); having determined that a further hearing is necessary to determine the impact, if any, on the Recognition Petition and the Memorandum Decision, of the ruling dated December 6, 2023 by the Tenth Arbitration Court of Appeals (the "Appellate Ruling") on appeal from the clarification ruling of the Arbitration Court of the Moscow Region dated October 12, 2023 (the "Clarification Ruling"); and having determined that further briefing is necessary; good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The Recognition Hearing shall be further continued to the date and time set forth in the caption above ~~March 12, 2024, at 2:00 p.m.~~ (the "Continued Recognition Hearing").

2.      The deadline for the parties to file a declaration and/or supplemental brief in support of the Motion to Reconsider and in opposition to the Motion to Reconsider, with a translation of the Appellate Ruling regarding the Appellate Ruling shall be March 5, 2024.  The declaration and/or supplemental brief shall be no longer than five pages each, exclusive of the Appellate Ruling and translation.  Any reply by the parties may be raised at the Continued Recognition Hearing.

3.      Counsel for Mr. Sabadash shall provide the translation of the Appellate Ruling upon which he intends to rely and file with the Court to counsel for Mr. Gavva by February 23, 2024. To the extent Mr. Gavva disagrees with such translation, Mr. Gavva shall file a redline showing the differences between his translation and the one provided by Mr. Sabadash by March 5, 2024.

4. The deadline for Mr. Sabadash to file his supplemental brief on the Motion to Reconsider with respect to issues other than the Appellate Ruling ("Supplemental Brief") in response to the Memorandum Decision shall be February 27, 2024. The Supplemental Brief shall be no more than five pages in length.

5. The deadline for Mr. Gavva to file a response to the Supplemental Brief on the Motion to Reconsider with respect to issues other than the Appellate Ruling (the "Supplemental Response") shall be March 5, 2024. The Supplemental Response shall be no more than five pages in length.

6. Any reply to the Supplemental Response by Mr. Sabadash may be raised at the Continued Recognition Hearing.

### #

Date: February 27, 2024

Neil W. Bason
United States Bankruptcy Judge

- 3 -

Approved as to form of order.

FOX ROTHSCHILD LLP

By: /s/ Keith C. Owens
     Keith C. Owens

ZORKIN LAW FIRM

By: /s/ Michael Zorkin
     Michael Zorkin

Attorneys to Debtor Aleksandr Vitalievich Sabadash


LOEB & LOEB LLP

By:_____
     Schuyler G. Carroll

Attorneys to the Foreign Representative Alexander Ivanovich Gavva