**FILED & ENTERED**

AUG 08 2025

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Aleksandr Vitalievich Sabadash,<br><br><br><br>Debtor. | Case No.:    2:23-bk-15574-NB<br><br>Chapter:    15<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br><u>Status Conference:</u><br>Date:  August 5, 2025<br>Time:  2:00 p.m.<br><br><u>Continued Status Conference:</u><br>Date:  October 21, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

At the time and place set forth above, this Court held a status conference in this Chapter 15 bankruptcy case. Good cause appearing therefor, it is hereby ORDERED:

1) A continued status conference will take place as set forth in the caption above.

2) No written status report is required; however, should there be any developments which either Foreign Representative Alexander Ivanovich Gavva or Debtor Aleksandr Vitalievich Sabadash wish to bring to this Court's attention, either one of them is free to file a *brief* written status report by no later than October 10, 2025.

###

Date: August 8, 2025

Neil W. Bason
United States Bankruptcy Judge