United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15574-NB |
| Aleksandr Vitalievich Sabadash | Chapter 15 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf042 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Aleksandr Vitalievich Sabadash, 191014, PO Box 9, St. Petersburg, RUSSIA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R King | on behalf of Debtor Aleksandr Vitalievich Sabadash bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Benjamin R King | on behalf of Foreign Representative Alexander Ivanovich Gavva bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Dare Law | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| Keith C Owens | on behalf of Debtor Aleksandr Vitalievich Sabadash kowens@foxrothschild.com khoang@foxrothschild.com |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Michael Zorkin | on behalf of Debtor Aleksandr Vitalievich Sabadash mz@thezorkinfirm.com |
| Noah Weingarten | on behalf of Debtor Aleksandr Vitalievich Sabadash nweingarten@loeb.com astolyar@loeb.com;fmckeown@loeb.com |

District/off: 0973-2 | User: admin | Page 2 of 2

Date Rcvd: Aug 08, 2025 | Form ID: pdf042 | Total Noticed: 0

Noah Weingarten
  on behalf of Foreign Representative Alexander Ivanovich Gavva nweingarten@loeb.com
  astolyar@loeb.com;fmckeown@loeb.com

Oleg Stolyar
  on behalf of Foreign Representative Alexander Ivanovich Gavva astolyar@loeb.com

Schuyler Carroll
  on behalf of Foreign Representative Alexander Ivanovich Gavva SCarroll@manatt.com lduong@manatt.com

United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

TOTAL: 11

**FILED & ENTERED**

**AUG 08 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Aleksandr Vitalievich Sabadash,<br><br><br><br><br><br><br><br>Debtor. | Case No.:   2:23-bk-15574-NB<br><br>Chapter:    15<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Status Conference:<br>Date:  August 5, 2025<br>Time:  2:00 p.m.<br><br>Continued Status Conference:<br>Date:  October 21, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

    At the time and place set forth above, this Court held a status conference in this Chapter 15 bankruptcy case.  Good cause appearing therefor, it is hereby ORDERED:

    1) A continued status conference will take place as set forth in the caption above.

-1-

2) No written status report is required; however, should there be any developments which either Foreign Representative Alexander Ivanovich Gavva or Debtor Aleksandr Vitalievich Sabadash wish to bring to this Court's attention, either one of them is free to file a *brief* written status report by no later than October 10, 2025.

###

Date: August 8, 2025

Neil W. Bason
United States Bankruptcy Judge