| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kurt Ramlo (SBN 166856)<br>RAMLO LAW<br>15021 Ventura Blvd. #544<br>Los Angeles, CA 91403<br>RamloLegal@gmail.com<br><br><br>☑ *Attorney for*: Foreign Reps. to Golden Sphinx Limited | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Aleksandr Vitalievich Sabadash<br><br><br><br><br>Debtor(s). | CASE NO.:2:23-bk-15574-NB<br><br>ADVERSARY NO. (*if applicable*):<br><br>CHAPTER: 15 |
|---|---|
| <br><br>Plaintiff(s).<br>vs.<br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1.   I, Kyle J. Ortiz _____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited
in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:
no limitations

2.   I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                              Page 1                                      **F 2090-1.2.APP.NONRES.ATTY**

3.  I am a lawyer with the following law firm (*specify name and address of law firm*):
    Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, NY 10036

4.  I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
    State of New York and the bar of the US District Court for the Southern and Eastern Districts of New York, 2010

5.  I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.  I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| U.S. Bankruptcy Court, Central District CA | 2:22-bk-14320-NB<br>2:25-bk-11235-NB | In re Golden Sphinx Limited<br>In re Itkin & Sabadash | 08/09/2022<br>06/03/2025 | Granted<br>Granted |

7.  I ☐ have ☑ have not  been disciplined by any court or administrative body. ☐Disciplinary proceedings are pending; details are as follows:

    I ☐ resigned ☐ did not resign    while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.  The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

    Information about Local Counsel:

    Name and Bar Number: Kurt Ramlo

    Name and Address of law firm:  Ramlo Law, 15021 Ventura Blvd. #544, Los Angeles, CA 91403

    Telephone number:  310-880-9208

    Email Address:  RamloLegal@gmail.com

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                     Page 2                          **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  12/12/2025


_/s/ Kyle Ortiz_____
Signature of applicant


_Kyle Ortiz_____
Printed name of applicant


**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.


Date:  12/12/2025


_/s/ Kurt Ramlo_____
Signature of Local Counsel


_Kurt Ramlo_____
Printed name of Local Counsel

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.



U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Kyle Ortiz

**Firm Name:** Herbert Smith Freehills Kramer (US) LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:23-bk-15574-NB

**Party Name:** Foreign Representatives to Golden Sphinx Limited

**Tracking Number:** PHV-251211-000-0841

**Pay.gov Tracking ID:** 27TR0EHU

**Amount:** $450

**Date:** 12/11/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Payment | Lawyer Representatives | |
| Facilities | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to | |
| Statistical Reports | Security | Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier Password | |
| | Checking Status / Confirming | Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA  90034.

A true and correct copy of the foregoing document entitled

## Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll**    SCarroll@manatt.com, lduong@manatt.com
- **Benjamin R** King     bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.co**m**
- **Dare Law**    dare.law@usdoj.gov
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Oleg Stolyar**    astolyar@loeb.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Noah Weingarten**    nweingarten@loeb.com, astolyar@loeb.com;fmckeown@loeb.com
- **Michael Zorkin**    mz@thezorkinfirm.com

**2.  SERVED BY UNITED STATES MAIL**: On **December 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 12, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**