| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kurt Ramlo (SBN 166856)<br>RAMLO LAW<br>15021 Ventura Blvd. #544<br>Los Angeles, CA 91403<br>RamloLegal@gmail.com | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Foreign Reps. to Golden Sphinx Limited

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Aleksandr Vitalievich Sabadash<br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-15574-NB<br>CHAPTER: 15<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s)<br>[LBR 2090-1(b); 9013-1(q)] |
|---|---|

PLEASE TAKE NOTE that the order titled Order on the Application of Non-Resident Attorney to Appear Pro Hac Vice [LBRs 2090-1(b) and 9013-1(q)]

was lodged on (date) __12/12/2025__ and is attached. This order relates to the motion which is docket number 143 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kurt Ramlo (SBN 166856)<br>RAMLO LAW<br>15021 Ventura Blvd. #544<br>Sherman Oaks, CA. 91403<br>RamloLegal@gmail.com<br>(310) 880-9208<br><br>☒ *Attorney for*: Foreign Representatives of Golden Sphinx Limited | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>Aleksandr Vitalievich Sabadash,<br><br>Debtor(s) | CASE NO.: 2:23-BK-15574-NB<br>CHAPTER: 15<br>ADVERSARY NO. (*if applicable*): |
|---|---|
| vs.<br>Plaintiff(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]** |
| Defendant(s) | [No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney Kyle J. Ortiz may appear on behalf of the following parties: Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited, in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: [No limitations apply].

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    **F 2090-1.2.ORDER.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA 90034.

A true and correct copy of the foregoing document entitled

**Notice of Lodgment of Order in Bankruptcy Case Re Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s) [LBR 2029-1(b), 9031(q)]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll**    SCarroll@manatt.com, lduong@manatt.com
- **Benjamin R King**    bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Dare Law**    dare.law@usdoj.gov
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Oleg Stolyar**    astolyar@loeb.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Noah Weingarten**    nweingarten@loeb.com, astolyar@loeb.com;fmckeown@loeb.com
- **Michael Zorkin**    mz@thezorkinfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **December 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 12, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**