United States Bankruptcy Court

Central District of California

In re:    Case No. 23-15574-NB

Aleksandr Vitalievich Sabadash    Chapter 15

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2

Date Rcvd: Dec 15, 2025      Form ID: pdf042      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Aleksandr Vitalievich Sabadash, 191014, PO Box 9, St. Petersburg, RUSSIA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

**Name**      **Email Address**

Benjamin R King
     on behalf of Debtor Aleksandr Vitalievich Sabadash bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com

Benjamin R King
     on behalf of Foreign Representative Alexander Ivanovich Gavva bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com

Daniel J McCarthy
     on behalf of Creditor Garry Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com

Dare Law
     on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

Keith C Owens
     on behalf of Debtor Aleksandr Vitalievich Sabadash kowens@foxrothschild.com khoang@foxrothschild.com

Kurt Ramlo
     on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
     on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 15, 2025 | Form ID: pdf042 | Total Noticed: 0

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Debtor Aleksandr Vitalievich Sabadash mz@thezorkinfirm.com

Noah Weingarten
    on behalf of Foreign Representative Alexander Ivanovich Gavva nweingarten@loeb.com astolyar@loeb.com;fmckeown@loeb.com

Noah Weingarten
    on behalf of Debtor Aleksandr Vitalievich Sabadash nweingarten@loeb.com  astolyar@loeb.com;fmckeown@loeb.com

Oleg Stolyar
    on behalf of Foreign Representative Alexander Ivanovich Gavva astolyar@loeb.com

Schuyler Carroll
    on behalf of Foreign Representative Alexander Ivanovich Gavva SCarroll@manatt.com  lduong@manatt.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 14

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kurt Ramlo (SBN 166856)<br>RAMLO LAW<br>15021 Ventura Blvd. #544<br>Sherman Oaks, CA. 91403<br>RamloLegal@gmail.com<br>(310) 880-9208<br><br>☒ *Attorney for*: Foreign Representatives of Golden Sphinx Limited | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 15 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>Aleksandr Vitalievich Sabadash,<br><br>Debtor(s)<br><br>Plaintiff(s)<br>vs.<br><br>Defendant(s) | CASE NO.: 2:23-BK-15574-NB<br>CHAPTER: 15<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney Kyle J. Ortiz may appear on behalf of the following parties: Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited, in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: [No limitations apply].

###

Date: December 15, 2025

Neil W. Bason
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*   F 2090-1.2.ORDER.NONRES.ATTY