United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-15574-NB |
| Aleksandr Vitalievich Sabadash | Chapter 15 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf042 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Aleksandr Vitalievich Sabadash, 191014, PO Box 9, St. Petersburg, RUSSIA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin R King | on behalf of Debtor Aleksandr Vitalievich Sabadash bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Benjamin R King | on behalf of Foreign Representative Alexander Ivanovich Gavva bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Daniel J McCarthy | on behalf of Creditor Garry Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Dare Law | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| Keith C Owens | on behalf of Debtor Aleksandr Vitalievich Sabadash kowens@foxrothschild.com khoang@foxrothschild.com |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 17, 2025 | Form ID: pdf042 | Total Noticed: 0

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Debtor Aleksandr Vitalievich Sabadash mz@thezorkinfirm.com

Noah Weingarten
    on behalf of Foreign Representative Alexander Ivanovich Gavva nweingarten@loeb.com astolyar@loeb.com;fmckeown@loeb.com

Noah Weingarten
    on behalf of Debtor Aleksandr Vitalievich Sabadash nweingarten@loeb.com  astolyar@loeb.com;fmckeown@loeb.com

Oleg Stolyar
    on behalf of Foreign Representative Alexander Ivanovich Gavva astolyar@loeb.com

Schuyler Carroll
    on behalf of Foreign Representative Alexander Ivanovich Gavva SCarroll@manatt.com  lduong@manatt.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 14

**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
City National Plaza
515 S. Flower Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Attorneys for Creditor
Garry Y. Itkin

**FILED & ENTERED**

**DEC 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALEKSANDR VITALIEVICH SABADASH,<br><br>Debtor in a Foreign Proceeding. | Case No. 2:23-bk-15574-NB<br><br>Chapter 15<br><br>**ORDER GRANTING MOTION FOR COURT-ORDERED MEDIATION AND CONTINUING CASE STATUS CONFERENCE**<br><br><u>Hearing:</u><br>Date:         December 16, 2025<br>Time:         2:00 p.m.<br>**Courtroom: 1545 and via ZoomGov**<br><br><u>Continued Status Conference:</u><br><u>Date:         February 24, 2026</u><br><u>Time:         2:00 p.m.</u><br><u>Courtroom: 1545 and via ZoomGov</u> |

The Motion for Court-Ordered Mediation (the "Motion," docket no. 138) of Garry Y. Itkin ("Mr. Itkin") and the case status conference in the above-captioned case came on for hearing on December 16, 2025, at 2:00 p.m. in Courtroom 1545 of the above-entitled Court. By its tentative ruling, the Court excused appearances at the hearing, <u>and no parties appeared at the hearing to contest the tentative ruling.</u> ~~Such appearances, if any, were noted for the record.~~ The Court, having considered the Motion, the oppositions thereto, and Mr. Itkin's reply, and good cause appearing,

-1-

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. The parties to the above-captioned Chapter 15 case and their counsel shall participate in a "global mediation" with the parties to the Chapter 7 case of Itkin & Sabadash, case no. 2:25-bk-11235-NB, and the Chapter 15 case of Golden Sphinx Limited, case no. 2:22-bk-14320-NB, and their respective counsel. If the parties to these three bankruptcy cases are unable to agree on a mediator, they may request that the Court appoint a mediator.

3. A continued status conference in the above-captioned case is scheduled <u>as set forth in the caption above.</u> ~~for February 24, 2026, at 2:00 p.m.~~ No written status reports are required; however, should there be any developments which any of the parties wish to bring to this Court's attention, any party is free to file a brief written status report by no later than February 17, 2026.

4. The Court's tentative ruling is adopted as the ruling of the Court. A true and correct copy of that tentative ruling is attached hereto as **Exhibit A** and is incorporated herein.

### # # #

Date: December 17, 2025

Neil W. Bason
United States Bankruptcy Judge

# EXHIBIT A

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Neil Bason, Presiding
### Courtroom 1545 Calendar

---

**Tuesday, December 16, 2025**                                                                 Hearing Room    **1545**

---

<u>2:00 PM</u>
**2:22-14320    Golden Sphinx Limited**                                                                                        **Chapter 15**

    **#8.00**    Cont'd Status Conference
             fr. 11/14/23, 12/5/23, 12/19/23, 3/5/24, 3/12/24,
             4/9/24, 7/16/24, 10/22/24, 11/19/24, 12/17/24,
             1/28/25, 3/18/25, 6/3/25, 8/5/25, 8/19/25, 9/9/25,
             10/7/25

                                            Docket     116

    **Tentative Ruling:**

        **Tentative Ruling for 12/16/25:**
        Grant Mr. Itkin's motions to compel global mediation (filed in each of the related cases of Mr. Sabadash, the alleged Itkin and Sabadash partnership, and Golden Sphinx Limited) and continue the other matters on calendar, all as set forth below.  <u>Appearances are not required</u> on 12/16/25.

        If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

    (1) <u>Current issues</u>
        (a) <u>Mr. Itkin's motions to compel global mediation</u>
        Garry Y. Itkin ("Mr. Itkin") has filed motions to compel global mediation (the "Global Mediation Motions") in each of the related cases of Mr. Sabadash (Case No. 2:23-bk-15574-NB), the alleged Itkin and Sabadash partnership (Case No. 2:25-bk-11235-NB), and Golden Sphinx Limited (Case No. 2:22-bk-14320).  *See* Sabadash dkt. 138, 140, 141, & 142; Itkin & Sabadash dkt. 118, 120, 121, & 122; and Golden Sphinx dkt. 183, 185, & 186.
        Andrew Wood and Alexander Adam, the joint liquidators and authorized foreign representatives (the "Foreign Representatives") in the Golden Sphinx Limited chapter 15 case, oppose the Global Mediation Motions.  *See generally* Golden Sphinx Limited dkt. 185.  Aleksandr

---

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, December 16, 2025**                                                                 **Hearing Room 1545**

<u>2:00 PM</u>
**CONT...    Golden Sphinx Limited                                                                 Chapter 15**

Vitalievich Sabadash ("Mr. Sabadash") also opposes the Global Mediation Motions.  *See generally* Sabadash dkt. 140; Itkin & Sabadash dkt. 120.

Foreign Representatives assert that by granting the Global Mediation Motions, this Court would be interfering with the liquidation proceedings pending before the Royal Court of Jersey (the "Royal Court"), and would not be showing proper deference to the Royal Court.  Foreign Representative's Opp. (Golden Sphinx dkt. 185) pp. 5:6–6:6.  The tentative ruling is that Foreign Representatives are mistaken, because a mediator lacks the authority to bind the parties to any proposed settlement, and the mediation will not prevent all parties from proceeding with their litigation before the Royal Court, which this Bankruptcy Court anticipates will continue unabated.

Mr. Sabadash asserts that the Global Mediation Motions are nothing more than a further delay tactic of Mr. Itkin and that further mediation is not likely to result in settlement.  Sabadash Opp. (Sabadash dkt. 140) p. 1:2–8 (identical opposition filed as dkt. 120 in Itkin & Sabadash).  The tentative ruling is to overrule Mr. Sabadash's opposition.  It has been this Court's experience that, with the aid of an experienced mediator, settlement is often possible even in protracted litigation in which the parties' initial respective settlement demands are far apart.  In addition, the tentative ruling is to decline to impose the conditions upon the mediation requested by Mr. Sabadash, as doing so would unduly interfere with the discretion of the mediator.

Of course, if mediation does not resolve the disputed issues then this Court stands ready, willing, and able to move forward with the sanctions motions and other appropriate matters.

In conclusion, the tentative ruling is to overrule the opposition of the Foreign Representatives and Mr. Sabadash and to grant the Global Mediation Motions.

<u>Proposed order(s)</u>: Unless otherwise ordered, Mr. Itkin is directed to lodge proposed order(s) on each of his separate motions via LOU within 7 days after the hearing date (per LBR 9021-1(b)(1)(B)) and attach a copy of this tentative ruling, thereby incorporating it as this Court's actual ruling.

(2) <u>Dates/procedures</u>.  The Golden Sphinx Limited case was filed on 8/9/22; Sabadash on 8/29/23; and Itkin & Sabadash on 2/19/25.

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, December 16, 2025**              **Hearing Room**     **1545**

**2:00 PM**
**CONT...**      **Golden Sphinx Limited**                                  **Chapter 15**

(a) Continued status conferences (in all three cases): 2/24/26 at 2:00 p.m. No written status reports are required; however, should there be any developments which any of the parties wish to bring to this Court's attention, any party is free to file a *brief* written status report by no later than **2/17/26**.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

| Party Information |
|---|

**Debtor(s):**

Golden Sphinx Limited                       Represented By
                                                                  Kyle Ortiz
                                                                  Kurt Ramlo