United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-15574-NB |
| Aleksandr Vitalievich Sabadash | Chapter 15 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Aleksandr Vitalievich Sabadash, 191014, PO Box 9, St. Petersburg, RUSSIA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R King | on behalf of Debtor Aleksandr Vitalievich Sabadash bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Benjamin R King | on behalf of Foreign Representative Alexander Ivanovich Gavva bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Daniel J McCarthy | on behalf of Creditor Garry Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Dare Law | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| Keith C Owens | on behalf of Debtor Aleksandr Vitalievich Sabadash kowens@foxrothschild.com khoang@foxrothschild.com |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Jan 16, 2026 Form ID: pdf042 Total Noticed: 0

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Debtor Aleksandr Vitalievich Sabadash mz@thezorkinfirm.com

Noah Weingarten
    on behalf of Foreign Representative Alexander Ivanovich Gavva nweingarten@loeb.com astolyar@loeb.com;fmckeown@loeb.com

Noah Weingarten
    on behalf of Debtor Aleksandr Vitalievich Sabadash nweingarten@loeb.com  astolyar@loeb.com;fmckeown@loeb.com

Oleg Stolyar
    on behalf of Foreign Representative Alexander Ivanovich Gavva astolyar@loeb.com

Schuyler Carroll
    on behalf of Foreign Representative Alexander Ivanovich Gavva SCarroll@manatt.com  lduong@manatt.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 14

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for*  Garry Y. Itkin | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 16 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ALEKSANDR VITALIEVICH SABADASH<br><br><div align="right">Debtor(s).</div><br><br><div align="right">Plaintiff(s),</div><br>vs.<br><br><div align="right">Defendant.</div> | CASE NO.: 2:23-bk-15574-NB<br>CHAPTER: 15<br>ADVERSARY NO.:<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |
|---|---|

This <u>Chapter 15 case, combined with Itkin & Sabadash and Golden Sphinx Limited bankruptcy cases</u>
(Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| <u>Bankruptcy Judge Meredith A. Jury (Ret.)</u><br>Name | _____<br>Name |
| _____<br>Firm name | _____<br>Firm name |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| 3607 Mount Rubidoux Dr. | |
| Address | Address |
| Riverside, CA 92501-2018 | |
| City, state, zip code | City, state, zip code |
| 951-367-9875 | |
| Telephone | Telephone |
| | |
| Facsimile | Facsimile |
| Majury470@gmail.com | |
| Email address | Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for Garry Y, Itkin | Attorney for Alexander Sabadash |
| Daniel J. McCarthy | Michael Zorkin |
| Name | Name |
| Hill, Farrer & Burrill LLP | The Zorkin Firm |
| Firm name | Firm name |
| 515 S. Flower Str., 7th Floor | 6320 Canoga Ave., 15th Floor |
| Address | Address |
| Los Angeles, CA 90071 | Woodland Hills, California 91367 |
| City, state, zip code | City, state, zip code |
| (213) 621-0802 | (323) 493.8075 |
| Telephone | Telephone |
| (213) 624-4840 | |
| Facsimile | Facsimile |
| dmccarthy@hillfarrer.com | mz@thezorkinfirm.com |
| Email address | Email address |

**[Attach additional page(s) if necessary.]**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                                                 Page 2                                                                 **F 702**

_____  
Address

_____  
City, state, zip code

_____  
Telephone

_____  
Facsimile

_____  
Email address

_____  
Address

_____  
City, state, zip code

_____  
Telephone

_____  
Facsimile

_____  
Email address

The attorneys for the parties are:

Attorney for _____:

_____

_____

_____

_____  
Telephone

_____  
Facsimile

_____  
Email address

Attorney for  Alexander Gavva

  Noah Weingarten  
Name

  Loeb & Loeb  
Firm name

  345 Park Avenue  
Address

  New York, NY  10154  
City, state, zip code

  212.407.4000  
Telephone

  212.407.4990  
Facsimile

  nweingarten@loeb.com  
Email address

**[Attach additional page(s) if necessary.]**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                                        Page 3                                                        **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds: _____

8. ☒ Other. Please specify: Dismissal of involuntary petition

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
    state amount: $ _____
10. ☒ Money not at issue. Dismissal of involuntary case.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 4    **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

<div align="center">###</div>

Date: January 16, 2026

                Neil W. Bason
                United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*          Page 5          **F 702**

### [EXHIBIT – PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date: January 14, 2026

Garry Y. Itkin
Printed name of party

_____
Signature of party

Date: January 7, 2026

Daniel J. McCarthy
Printed name of party's attorney

*/s/ Daniel J. McCarthy*
(Signature of party's counsel)

Date: _____

_____
(Name of party)

_____
(Signature of party)

Date: January 14, 2026

Michael Zorkin
(Name of party's counsel)

*/s/ Michael Zorkin*
(Signature of party's counsel)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

_____
Printed name of party

Date: 1/15/2026

Noah Weingarten
Printed name of party's attorney

*/s/ Noah Weingarten*
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017 — Page 7 — F 702