HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 S. Flower Street, 7th Fl.
Los Angeles, CA  90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Attorneys for Creditor
Garry Y. Itkin

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>ALEKSANDR VITALIEVICH SABADASH,<br><br>Debtor in a Foreign Proceeding. | Case No. 2:23-bk-15574-NB<br><br>Chapter 15<br><br>**CREDITOR GARRY Y. ITKIN'S STATUS REPORT**<br><br>Date:   February 24, 2026<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545 |

**TO:   THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Creditor Garry Y. Itkin ("Mr. Itkin") respectfully submits the following Status Report in this Chapter 15 case.

On December 17, 2025, this Court entered an Order Granting Motion for Court-Ordered Mediation and Continuing Case Status Conference in the above-caption case (docket no. 148), which required the parties and their respective counsel in the following cases to participate in a "global mediation": (1) the Golden Sphinx Limited Chapter 15 case (case no. 2:22-bk-14320-NB); (2) the Itkin & Sabadash Chapter 7 case (case no. 2:25-bk-11235-NB) and (3) the Aleksander Vitalievich Sabadash Chapter 15 case (case no. 2:23-bk-15574-NB).  On January 16,

1    2026, this Court also entered an order in the above-captioned case appointing the Honorable

2    Meredith A. Jury (Ret.) to act as the mediator in the global mediation pursuant to the agreement

3    of the parties in the three cases.  (Docket no. 152.)

4        The mediation sessions in the global mediation are scheduled to take place before Judge

5    Jury on February 24, 2026 and, if necessary, on March 17, 2026.  After that, Mr. Itkin will be

6    prepared to provide the Court with a further report.

7    **WHEREFORE**, Mr. Itkin respectfully requests that this Court continue the Status

8    Conference in this case until a date that is convenient to the Court after March 17, 2026, but not

9    during the period March 23 to April 3, 2026, when Mr. Itkin's counsel will be out of the country.

12    DATED: February 18, 2026                    HILL, FARRER & BURRILL LLP

14                                               By:  */s/ Daniel J. McCarthy*
                                                     Daniel J. McCarthy
                                                     Attorneys for Creditor
15                                                   GARRY Y. ITKIN

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 S. Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **CREDITOR GARRY Y. ITKIN'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 18, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin R King bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
Dare Law dare.law@usdoj.gov
Keith C Owens kowens@foxrothschild.com khoang@foxrothschild.com
Kurt Ramlo RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email
Michael Zorkin mz@thezorkinfirm.com
Noah Weingarten nweingarten@loeb.com astolyar@loeb.com;fmckeown@loeb.com
Oleg Stolyar astolyar@loeb.com
Schuyler Carroll SCarroll@manatt.com lduong@manatt.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 18, 2026 | Daniel J. McCarthy | /s/ Daniel J. McCarthy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |